## THE STATE v. RUFF NICHOLAS, Appellant.

### Division Two, January 31, 1906.

APPEAL: No Bill of Exceptions. Where defendant files no bill of exceptions, there is nothing before the appellate court but the record proper, and if that is free from error, the judgment will be affirmed.

Appeal from Pemiscot Circuit Court.—*Hon. Henry C. Riley*, Judge.

AFFIRMED.

*Herbert S. Hadley*, Attorney-General, and *N. T. Gentry*, Assistant Attorney-General, for the State.

FOX, J.—This cause is here by appeal from a judgment of the circuit court of Pemiscot county, Missouri, convicting the defendant of murder of the second degree.

There is no bill of exceptions on file in this cause preserving the action of the trial court during the progress of the trial in the lower court; hence, there is nothing before us for review except the record proper.

We have carefully scrutinized the indictment and

find that it charges the offense in a form that has repeatedly met the approval of this court. The defendant waived formal arraignment and the trial proceeded in proper order. The impaneling of the jury, the return of the verdict finding the defendant guilty of murder of the second degree, assessing his punishment at ten years' imprisonment in the penitentiary, followed by judgment of sentence, are shown by the record to be regular in every particular; hence, there remains nothing to do except to affirm the judgment, and it is so ordered.

All concur.